IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 68.60.174.21

**ISP:** Comcast Cable
**Physical Location:** Ann Arbor, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/25/2016 19:09:19 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 10/08/2016 04:01:02 | 7F7BD0A6F6E60C864A8532D71C393CF6AEA78270 | Kiss From A Rose |
| 10/02/2016 04:38:24 | 518B56666606F32EDB029624039ABA1762FE43F5 | My Best Friends Boyfriend |
| 09/29/2016 21:58:05 | F7EF332117A5DFB35D52C72B96CF8EB24A1AFD76 | Truth or Dare |
| 09/25/2016 14:26:18 | 7294A69D4DB41E99CA0A2110E75FEA03B6116025 | Make Me Cum |
| 09/22/2016 00:05:51 | 16B716D190DE14ED20A84FF664189C550B50748A | Competition |
| 09/21/2016 21:46:31 | 74538C81BB43F501334963E3648FCC043754150F | Midnight Passion |
| 09/21/2016 04:10:40 | EAB49FE6E74F12073B3F66ABC3F5771762D13AAC | Freckle Faced Fox |
| 08/21/2016 23:33:19 | D9F1E7CFE1E2A42ABE8F48FF4DBF0BBE95E038E4 | California Surf Fever |
| 08/21/2016 22:44:54 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 08/17/2016 21:33:02 | C43D239AE509E7D25D58DE9170398790D0E516D6 | Four Way In 4K |
| 08/17/2016 03:15:48 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 08/17/2016 03:11:57 | 2D977CF21E6554D14D2FCAF8763E43CA6636E264 | Luckiest Man Alive |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

NEMI324